```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
HEIKE DESSERT, Individually and as    :
Personal Representative of the        :
Estate of RAYNALD DESSERT, deceased,  :
                                      :
                      Plaintiff,      :     17cv1368 (DLC)
                                      :
              -v-                     :
                                      :
BRISTOL-MYERS SQUIBB COMPANY and      :
PFIZER INC.,                          :     ORDER
                                      :
                      Defendants.     :
                                      :
------------------------------------- :
                                      :
LESLIE MUMFORD,                       :
                                      :
                      Plaintiff,      :     17cv1240 (DLC)
              -v-                     :
                                      :
BRISTOL-MYERS SQUIBB COMPANY and      :
PFIZER INC.,                          :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/17

DENISE COTE, District Judge:

Today, an Opinion was issued in Fortner v. Bristol-Myers Squibb Co. & Pfizer, Inc., 17cv1562 (DLC), dismissing its amended complaint with prejudice. Like the Fortner action, the above-captioned actions also involve Tennessee plaintiffs whose claims are brought under Tennessee law. The law firm of Salim-Beasley, LLC represents the plaintiffs in Fortner and these two actions. The amended complaint in Mumford is identical in all

respects to the Fortner amended complaint except for one paragraph, which lists injuries that the plaintiff suffered as a result of taking Eliquis. The amended complaint in Dessert is identical to the Fortner amended complaint except for three additional derivative causes of action. Plaintiffs' counsel does not indicate that these variations are a basis for altering the analysis of their complaints. Thus, for the reasons set forth in the Fortner Opinion, it is hereby

ORDERED that the amended complaints in Dessert and Mumford are dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment for the defendants and close the above-captioned cases.

Dated:  New York, New York
        July 26, 2017

                                        _____
                                              DENISE COTE
                                        United States District Judge